UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO:     12-cv-14400-Graham/Lynch

UNITED STATES OF AMERICA,

Plaintiff,

    vs.

EUGENE V. ROBERTS III
a.k.a. Eugene V. Roberts, Eugene Roberts, Eugene Roberts III

Defendant

_____/

### SUMMONS IN A CIVIL ACTION

TO:

    Eugene V. Roberts III
    1174 39TH AVE SW
    VERO BEACH FL 32968

*A Lawsuit has been filed against you.*

*Within 21 days after service of this summons on you, exclusive of the day of service, you must serve on the PLAINTIFF an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The Answer or Motion must be served on the PLAINTIFF'S ATTORNEY, who name and address are:*

    PLAINTIFF'S ATTORNEY:

    *Shannon Harvey, Esquire*
    *The Law Offices of Shannon Harvey, P.A.*
    *1111 Lincoln Rd., Ste 400, Miami Beach, FL. 33139*

*If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must also be filed with the Clerk of this Court within a reasonable period of time after service.*

DATE:     **11/8/2012**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Valerie Kemp
Deputy Clerk
U.S. District Courts